# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**IVAN GABRIEL SANTOS**, *Individually,*
*and on behalf of himself and all other similarly*
*situated current and former employees,*

    Plaintiff,

                  **CASE NO. 7:20-cv-00763**

    v.

**EL TORITO MEXICAN RESTAURANT, INC.,**    **FLSA Opt-in Collective Action**
*A Virginia Corporation*, and
**JOSE SOTO**, *individually*    **JURY DEMANDED**

Defendants.

## JOINT MOTION TO APPROVE FLSA SETTLEMENT

The Parties, by their undersigned counsel, jointly move this Court to approve the Parties' proposed settlement of this Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.* (the "FLSA") action. The Parties respectfully submit that the terms of the settlement are fair, reasonable and resolve a bona fide dispute between the Parties regarding liability and damages. For the reasons discussed more fully in the accompanying memorandum, this Court should approve this settlement in accordance with the terms of the proposed agreement, attached hereto as *Exhibit A*.

**WE ASK FOR THIS:**

Dated: March 22, 2022.                  Respectfully submitted,

                                      */s/ Robert E. Morelli, III*
                                      Gordon E. Jackson (TN BPR #08323)
                                      Robert E. Turner, IV (TN BPR #35364)
                                      Robert E. Morelli, III (TN BPR #37004)
                                      **JACKSON, SHIELDS, YEISER, HOLT**
                                      **OWEN & BRYANT**

Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Tel: (901) 754-8001
Fax: (901) 759-1745
*gjackson@jsyc.com*
*rturner@jsyc.com*
*rmorelli@jsyc.com*

&

Johneal Moore White
Glenn Robinson Cathey Memmer & Skaff, PLC
400 Salem Avenue, S.W., Suite 100
Roanoke, VA 24016
540-767-2206
Fax: 767-2220
Email: jwhite@glennrob.com

*Counsel for Plaintiff*

&

*/s/ Catherine J. Huff (with permission)*
Paul G. Klockenbrink (VSB No. 33032)
Catherine J. Huff (VSB No. 78610)
Imani E. Sowell (VSB No. 95982)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX: (540) 983-9400
Klockenbrink@gentrylocke.com
huff@gentrylocke.com
sowell@gentrylocke.com
*Counsel for El Torito Mexican Restaurant, Inc. and Jose Soto*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which provides an electronic copy to all counsel of record.

*/s/ Robert E. Morelli, III*