IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | ) | |
|---|---|---|
| IVAN GABRIEL SANTOS | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:20-cv-763 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EL TORITO MEXICAN | ) | By:   Hon. Thomas T. Cullen |
| RESTAURANT, INC., *et al.*, | ) |         United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated at the settlement approval hearing on March 25, 2022, it is hereby **ORDERED** that the parties' proposed settlement is **APPROVED** and the parties' joint motion (ECF No. 36) is **GRANTED**. The parties shall administer the settlement of Plaintiff's claim as set forth in the settlement agreement. The court will retain jurisdiction over this matter until the settlement agreement has been administered. After successful administration, the parties shall notify the undersigned's chambers, by emailing cullen.ecf@vawd.uscourts.gov and submitting a proposed dismissal order. The court will dismiss the matter with prejudice at that time.

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 25th day of March, 2022.

          */s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE

1